**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 08 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| In re: AMERICAN FUNDS SECURITIES LITIGATION, | No. 08-56034 |
|---|---|
| | D.C. No. 2:06-cv-07815-GAF-RNB<br>Central District of California,<br>Los Angeles |
| SABRINA A. CHIN,<br><br>Plaintiff,<br><br>and<br><br>ROLF BASLER; ARDEN GEIST; ROLF BASLER REVOCABLE TRUST,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>CAPITAL GROUP COMPANIES, INC; CAPITAL RESEARCH AND MANAGEMENT CO; AMERICAN FUNDS DISTRIBUTORS, INC,<br><br>Defendants - Appellees. | ORDER<br> |

Before: W. FLETCHER and CLIFTON, Circuit Judges, and SINGLETON,[*] District Judge.

---

[*] The Honorable James K. Singleton, United States District Judge for the District of Alaska, sitting by designation.

This appeal is hereby withdrawn from submission pending the decision of the United States Supreme Court in *Merck v. Reynolds*, *cert. granted* 129 S. Ct. 2432 (May 26, 2009) (No. 08-905). The parties are directed to inform this court within thirty days of the decision of the Supreme Court in the *Merck* case.