FILED

UNITED STATES COURT OF APPEALS

MAY 03 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| In re: AMERICAN FUNDS SECURITIES LITIGATION, | No. 08-56034 |
|---|---|
| SABRINA A. CHIN, Plaintiff, and ROLF BASLER; ARDEN GEIST; ROLF BASLER REVOCABLE TRUST, Plaintiffs - Appellants, v. CAPITAL GROUP COMPANIES, INC; CAPITAL RESEARCH AND MANAGEMENT CO; AMERICAN FUNDS DISTRIBUTORS, INC, Defendants - Appellees. | D.C. No. 2:06-cv-07815-GAF-RNB Central District of California, Los Angeles ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT
MAY - 3 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Before:  W. FLETCHER and CLIFTON, Circuit Judges, and SINGLETON, Senior District Judge. *

---

\*   The Honorable James K. Singleton, United States District Judge for the District of Alaska, sitting by designation.

The parties are directed to submit simultaneous letter briefs analyzing the significance, if any, of the Supreme Court's recent decision in *Merck v. Reynolds*, 559 U.S. ___, No. 08-905 (Apr. 27, 2010), on the statute of limitations issue in this case. The briefs are to be filed no later than thirty days from the date of this order, and are not to exceed ten pages of single-spaced text.