UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 15 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In Re: AMERICAN FUNDS SECURITIES LITIGATION | No. 08-56034 |
| | D.C. No. 2:06-cv-07815-GAF-RNB |
| SABRINA A. CHIN, | ORDER |
| Plaintiff, | |
| ROLF BASLER, ARDEN GEIST, and ROLF BASLER REVOCABLE TRUST, | |
| Plaintiffs-Appellants, | |
| v. | |
| CAPITAL GROUP COMPANIES, INC., CAPITAL RESEARCH AND MANAGEMENT CO., and AMERICAN FUNDS DISTRIBUTORS, INC., | |
| Defendants-Appellees. | |



Before: W. FLETCHER and CLIFTON, Circuit Judges, and SINGLETON, Senior United States District Judge.*

This case is resubmitted effective April 28, 2010.

---

* The Honorable James K. Singleton, Senior United States District Judge for the District of Alaska, sitting by designation.