LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 06-7815-GAF | Date | February 9, 2011 |
|---|---|---|---|
| Title | In re American Funds Securities Litigation | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:**     (In Chambers)

## ORDER RE: MOTION TO DISMISS

As the parties know, this case was remanded for further consideration of the Court's prior order dismissing the operative complaint on statute of limitations grounds. The Court requested and the parties have submitted briefing regarding their respective views as to the effect of <u>Merck & Co. v. Reynolds</u>, 130 S.Ct. 1784 (2010) on this Court's prior order. The Court has read and considered those materials and has the matter under consideration.

The Court anticipates issuing a written ruling on its reconsideration of its prior order, but will not conduct a further hearing on the issue. The parties may, if they wish, provide the Court with a list of any additional authorities (a list, not points and authorities or argument) that they would like the Court to consider in the preparation of its order. Such a list should be filed with the Court by the close of business on February 16, 2011.

**IT IS SO ORDERED.**

_____ : _____
Initials of Preparer
_____