Michael R. Reese (Bar No. 206773)
michael@reeserichman.com
**REESE RICHMAN LLP**
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Telephone:   (212) 643-0500
Facsimile:   (212) 253-4272

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE AMERICAN FUNDS SECURITIES LITIGATION<br><br><br>This document related to:<br>ALL ACTIONS | Case No.  2:06-cv-07815-GAF<br>**PLAINTIFFS' NOTICE OF APPEAL**<br>Honorable Gary A. Feess |

## PLAINTIFFS' NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that court-appointed lead plaintiffs Arden Geist, Rolf Basler and the Rolf Basler Revocable Trust (collectively "Plaintiffs"), hereby appeal to the United States Court of Appeal for the Ninth Circuit from the "Minute Order Re: Motion to Dismiss" entered on February 22, 2011 (February 22nd Minute Order") and the "Memorandum and Order Regarding Defendants' Motion to Dismiss Consolidated Amended Complaint" entered on June 5, 2008 (the "June 5th Order") that is incorporated by reference in the February 22nd Minute Order.[1]   A true and correct copy of the February 22nd Minute Order is attached hereto as Exhibit A and a true and correct copy of the June 5th Order is attached hereto as Exhibit B.

Dated:  February 24, 2011

**REESE RICHMAN LLP**
**By:** */s/ Michael R. Reese*
Michael R. Reese (SBN 206773)
875 Avenue of the Americas, 18th Floor
New York, New York 10001

***Attorneys for Plaintiffs***

---

[1] Plaintiffs previously had timely appealed the June 5th Order. Pursuant to Plaintiffs' previous appeal, the Ninth Circuit had vacated the June 5th Order on October 13, 2010 (Dkt. 87).

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have electronically filed the foregoing **PLAINTIFFS'**
**NOTICE OF APPEAL** with the Clerk of the Court using the CM/ECF system,
which will automatically send email notification of such filing to the following
counsel of record:

Andrew Zachary Edelstein                          C. Neil Gray

aedelstein@gibsondunn.com                         cngray@milbank.com

Gareth T. Evans                                   James N. Benedict

gevans@gibsondunn.com                             jbenedict@milbank.com

Sean M. Murphy

smurphy@milbank.com

Executed February 24, 2011 at New York, New York:

> */s/ Michael R. Reese*
> Attorney for Plaintiffs