**REESE RICHMAN LLP**
MICHAEL R. REESE, SBN 206773
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Telephone: (212) 643-0500
Facsimile: (212)253-4372
e-mail:  *mreese@reeserichman.com*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| In re AMERICAN FUNDS SECURITIES LITIGATION<br><br>This document related to:<br><br>ALL ACTIONS | Case No. 2:06-cv-7815-GAF<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL CIVIL PROCEDURE RULE 41** |

1 NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) that the named plaintiffs voluntarily dismiss their claims made in the above captioned action.

Respectfully submitted,

DATED:  October 24, 2012

/s/ Michael R. Reese
Michael R. Reese
**REESE RICHMAN LLP**
875 Avenue of the Americas, 18th Flr
New York, New York 10001
mreese@reeserichman.com
Telephone:  (212) 643-0500
Facsimile:   (212) 253-4272

*Attorneys for Plaintiffs*