JS-6

**REESE RICHMAN LLP**
MICHAEL R. REESE, SBN 206773
875 Avenue of the Americas, 18th Floor
New York, New York 10001
Telephone: (212) 643-0500
Facsimile: (212)253-4372
e-mail: *mreese@reeserichman.com*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| In re AMERICAN FUNDS SECURITIES LITIGATION<br><br>This document related to:<br><br>ALL ACTIONS | Case No. 2:06-cv-7815-GAF<br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL CIVIL PROCEDURE RULE 41**<br>ORDER ON |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) that the named plaintiffs voluntarily dismiss their claims made in the above captioned action.

Respectfully submitted,

DATED: October 24, 2012

/s/ Michael R. Reese
Michael R. Reese
**REESE RICHMAN LLP**
875 Avenue of the Americas, 18th Flr
New York, New York 10001
mreese@reeserichman.com
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

DATED: January 18, 2013

_____
**UNITED STATES DISTRICT JUDGE**